**STEIN | SAKS, PLLC**

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
HASAN SIDDIQUI▲
RAMI SALIM▲■
▲ NJBar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 3, 2024



<u>Via CM/ECF</u>
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York

  Re: <u>Wahab vs. Best Vacuum and Appliances, LLC</u>
     Case #: 1:24-cv-04207-KPF

Dear Judge Failla:

  This firm represents the Plaintiff in the above-referenced matter. The time to effectuate service expires today and Plaintiff has been unable to complete service of the Summons and Complaint on the Defendant although numerous attempts have been made. Plaintiff requests that the Court extend the time to complete service thirty (30) days to October 3, 2024 so that the Plaintiff can continue its efforts to serve the Summons and Complaint. In addition, Plaintiff also requests that the Initial Pretrial Conference currently scheduled for September 6, 2024 also be adjourned thirty (30) days. This is Plaintiff's first request to adjourn both dates.

  We thank Your Honor and the Court for its kind consideration and courtesies.

              Respectfully submitted,

              <u>s/ Rami Salim</u>
              Rami Salim, Esq.

```
Application GRANTED.  The time to complete service is hereby ADJOURNED nunc
pro tunc to October 3, 2024.  The initial pre-trial conference in this
matter currently scheduled for September 6, 2024, is hereby ADJOURNED to
October 25, 2024, at 11:00 a.m.

The Clerk of Court is directed to terminate the pending motion at docket
number 6.

Dated:   September 4, 2024          SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE